STATE OF CONNECTICUT *v.* PHILIP CARDANY

The defendant's petition for certification for appeal from the Appellate Court, 35 Conn. App. 728 (AC 11743), is denied.

*Hubert J. Santos* and *Hope C. Seeley,* in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided December 12, 1994

JAMES BARRY *v.* POSI-SEAL INTERNATIONAL, INC.

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 1 (AC 12101), is denied.

*Mary R. Kravitz, Jeffrey R. Babbin* and *Bonnie L. Patten,* in support of the petition.

Decided December 12, 1994

JAMES BARRY *v.* POSI-SEAL INTERNATIONAL, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 36 Conn. App. 1 (AC 12101), is denied.*

*Wesley W. Horton* and *Harry E. Calmar,* in support of the petition.

*Mark R. Kravitz, Jeffrey R. Babbin* and *Bonnie L. Patten,* in opposition.

Decided December 12, 1994

*Superseded. See *Barry* v. *Posi-Seal International, Inc.,* 235 Conn. 901 (1995).